# Court of Appeals
# of the State of Georgia

ATLANTA, September 26, 2014

*The Court of Appeals hereby passes the following order:*

**A15A0216. DONNA R. HITCHCOCK v. DOUGLAS W. HITCHCOCK.**

Donna Hitchcock and Douglas Hitchcock were divorced in June of 2014. Douglas Hitchcock filed a motion for contempt, alleging a violation of a property division clause of their decree of divorce. The trial court found Donna Hitchcock in contempt, and she now appeals to this Court.

Under the Georgia Constitution of 1983, Art. VI, Sec. VI, Par. III (6), the Supreme Court has appellate jurisdiction over "[a]ll divorce and alimony cases." "[A]n appeal from the judgment in a contempt action seeking to enforce any portion of [a] divorce decree other than child custody is ancillary to divorce and alimony and falls within [the Supreme] Court's jurisdiction over 'divorce and alimony cases.' [Cits.]" *Rogers v. McGahee*, 278 Ga. 287, 288 (1) (602 SE2d 582) (2004); see also *Morris v. Morris*, 284 Ga. 748, 750 (2) (670 SE2d 84) (2008). Accordingly, this appeal is hereby TRANSFERRED to the Supreme Court of Georgia for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 09/26/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*